# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**GENAE MICHELLE GEORGE,**

    **Plaintiff,**

v.                               Case No. 1:17cv7-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 24, and has also reviewed *de novo* Plaintiff's Objections to the Magistrate Judge's Report and Recommendation and Request for Oral Argument. ECF No. 25.[1] Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The

---

[1] This Court notes that Plaintiff actually makes no specific objections but just generally objects to the Magistrate Judge's conclusions.

1

decision of the Commissioner terminating Plaintiff's benefits is **AFFIRMED**."

Plaintiff's request for oral argument is **DENIED**. The Clerk shall close the file.

**SO ORDERED on January 17, 2018.**

**s/Mark E. Walker             ____**
**United States District Judge**
